UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INFORMATION NO. CR414 392 |
| | ) 18 U.S.C. § 371 |
| SULEYMA ARREOLA | ) Conspiracy |
| | ) |

**PENALTY CERTIFICATON**

**Count One**

18 U.S.C. § 371

Not more than five years imprisonment;
A fine of not more than $250,000;
A term of supervised release of not more than three years;
$100.00 special assessment.

Respectfully Submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

James D. Durham
First Assistant United States Attorney

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 OCT -9 AM 9:50
CLERK W.Sweep
SO. DIST. OF GA.