FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 OCT 15 AM 11:36

CLERK_____
SO. DIST. OF GA.

# United States District Court
## SOUTHERN DISTRICT of GEORGIA

UNITED STATES OF AMERICA
v.

**WAIVER OF INDICTMENT**

SULEYMA ARREOLA

CASE NUMBER: 4:14CR392

I, _____SULEYMA ARRELOA_____ , the above named defendant, who is accused of

18:371 CONSPIRACY

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____October 15, 2014_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer