IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 414-391 |
| v. | ) | |
| | ) | |
| HENRY WARD | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 414-384 |
| v. | ) | |
| | ) | |
| RAYMOND HARGROVE | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 414-392 |
| v. | ) | |
| | ) | |
| SULEYMA ARREOLA | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 414-349 |
| v. | ) | |
| | ) | |
| RAYMOND HIXON | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 414-381 |
| v. | ) | |
| | ) | |
| TERENCE COSBY | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 414-350 |
| v. | ) | |
| | ) | |
| KERRY ADAMS | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 414-343 |
| v. | ) | |
| | ) | |
| EBONY JACOBS | ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. CR 414-343 |
| v. ) | |
| ) | |
| TRAVIS RICH ) | |
| UNITED STATES OF AMERICA ) | |
| ) | Case No. CR 414-420 |
| v. ) | |
| ) | |
| ANTONIO DORSEYL ) | |

O R D E R

The above captioned cases filed in the Savannah Division of this Court are currently assigned to the Honorable Judge William T. Moore.

It is hereby ORDERED that these cases be reassigned to the Honorable Dudley H. Bowen for further plenary disposition.

SO ORDERED, this ___ day of December, 2014.

Lisa Godbey Wood
Chief United States District Judge
Southern District of Georgia